UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Chris Moore, et al.

                    Plaintiff,

v.                                        Case No.: 1:13–cv–02984
                                              Honorable Joan B. Gottschall

Honey Holding I, Ltd., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 11, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: On 6/24/13, this court consolidated Cases 13–cv–09205, 13–cv–2922, and 13–cv–2984 for all purposes. On 11/10/16, this court granted an order and judgment that certified a settlement class and granted final approval of class action settlement. See 13–cv–2905 [505]. The court then terminated the consolidated cases the same day. The court's 11/10/16 order and judgment applies with full force and effect in this case. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.